United States District Court
Northern District of New York

| | | |
|---|---|---|
| JACOB A. MINER, | ) | Case No. 5:23-cv-00182-GTS-DJS |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
|     *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties agree that the Appeals Council will consolidate this claim with Plaintiff's prior claim under N.D.N.Y. Case No. 5:22-cv-00246 and will remand both claims to an administrative law judge for adjudication. The parties also consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| KILOLO KIJAKAZI, | Jacob A. Miner, |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman, | Justin M. Goldstein |
| United States Attorney | |
| *s/ Amanda Lockshin* | *s/ Justin M. Goldstein*[1] |
| Amanda Lockshin, Bar No. 516696 | Justin M. Goldstein |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller, PLLC |
| Office of Program Litigation, Office 2 | 6000 North Bailey Avenue - Suite 1A |
| Office of the General Counsel | Amherst, NY 14226 |
| Social Security Administration | phone: (716) 564-3288 |
| 6401 Security Boulevard | jgoldstein@kennethhiller.com |
| Baltimore, MD 21235 | |
| phone: (212) 264-2474 | |
| amanda.lockshin@ssa.gov | |

---

[1] Signed by Amanda Lockshin with Justin Goldstein's permission.

IT IS SO ORDERED:

*Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge

Dated: 7/20/2023
Syracuse, NY