United States District Court
Northern District of New York

| | | |
|---|---|---|
| JACOB A. MINER, | ) | Case No. 5:23-cv-00182-GTS-DJS |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR ALLOWANCE OF** |
| | ) | **FEES UNDER THE** |
| KILOLO KIJAKAZI, | ) | **EQUAL ACCESS TO JUSTICE ACT** |
| Acting Commissioner of the Social | ) | **AND COSTS UNDER 28 U.S.C. § 1920** |
| Security Administration, | ) | |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by and between Amanda Lockshin, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, and Justin Goldstein, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$696.23**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.00.

Dated: August 14, 2023

By: *s/ Amanda Lockshin*
Amanda Lockshin, Bar No. 516696
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
phone: (212) 264-2474
amanda.lockshin@ssa.gov

*s/ Justin M. Goldstein*[1]
Justin M. Goldstein
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue - Suite 1A
Amherst, NY 14226
phone: (716) 564-3288
jgoldstein@kennethhiller.com

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

Dated: August 14, 2023

---

[1] Signed by Amanda Lockshin with Justin Goldstein's authorization.